```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**      :

vs.                               : CRIMINAL ACTION NO. 08-0077-KD-B

**CHRISTOPHER FOUNTAIN**          :


<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to Christopher Fountain's Motion for Leave to Appeal In Forma Pauperis (Doc. 52), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) is **ADOPTED** as the opinion of this Court. Because Fountain has failed to file a motion in compliance with Rule 4 of the Federal Rules of Appellate Procedure, and Form 4 of the Appendix of Forms, Defendant's Motion for Leave to Appeal In Forma Pauperis (Doc. 52) is due to be and is hereby be **DENIED**.

**DONE** this <u>16th</u> day of <u>December</u>, 2008.

                          <u>/s/ Kristi K. Dubose</u>
                          **KRISTI K. DuBOSE**
                          **UNITED STATES DISTRICT JUDGE**